BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  INCRETIN–BASED THERAPIES        * | |
|         PRODUCTS LIABILITY                       * | |
|         LITIGATION                                         * | MDL Docket No. 2452 |
|                                         * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, counsel for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. (collectively, "Merck") hereby provides notification of a potential tag-along action in which Merck is named as a defendant.  Attachment 1 is a Schedule of Actions listing the potential tag-along action.  Attachment 2 is a Proof of Service.  Attachment 3 is a Docket Sheet and Complaint for the potential tag-along action.

Dated:  August 30, 2013

                                                                           Respectfully submitted,

                                                                           */s/ Douglas R. Marvin*

Douglas R. Marvin
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 12th St. NW
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
Email: dmarvin@wc.com
         ehorn@wc.com

COUNSEL FOR DEFENDANTS MERCK
& CO., INC. AND MERCK SHARP &
DOHME CORP.

—and—

COUNSEL FOR UNSERVED
DEFENDANTS MERCK SHARP &
DOHME LTD., AND MERCK SHARP &
DOHME (ITALIA) S.P.A., INC.